Dismissed and Memorandum Opinion filed November 29, 2007








Dismissed
and Memorandum Opinion filed November 29, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00632-CV

____________

 

CEDRIC STEPPHON COLQUITT, Appellant

 

V.

 

JAY C. BERROSPE, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 784242

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 15, 2007.  On November 19, 2007, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 29, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.